IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BENEFIT COSMETICS LLC,<br><br>Plaintiff,<br><br>v.<br><br>5 STARS BRUCE STORE, et al.,<br><br>Defendants. | Case No. 18-cv-05432<br><br>**Judge Gary Feinerman**<br><br>**Magistrate Judge Maria Valdez** |

## SATISFACTION OF JUDGMENT

WHEREAS, a judgment was entered in the above action on November 19, 2018 [46], in favor of Plaintiff Benefit Cosmetics LLC ("Benefit" or "Plaintiff"), and against the Defendants Identified in Schedule A in the amount of two hundred thousand dollars ($200,000) per Defaulting Defendant, and Plaintiff acknowledges payment of an agreed upon damages amount, costs, and interest and desires to release this judgment and hereby fully and completely satisfy the same as to the following Defendants:

| Defendant Name | Line No. |
|---|---|
| BeautyMe Store | 3 |
| BeautyMe^ ^ Store | 4 |
| BelleMe Store | 5 |

THEREFORE, full and complete satisfaction of said judgment as to the above-referenced Defendants is hereby acknowledged, and the Clerk of the Court is hereby authorized and directed to make an entry of the full and complete satisfaction on the docket of said judgment.

Dated this 7th day of June 2019.     Respectfully submitted,

/s/ Amy C. Ziegler
Amy C. Ziegler
Justin R. Gaudio
Greer, Burns & Crain, Ltd.
300 South Wacker Drive, Suite 2500
Chicago, Illinois 60606
312.360.0080 / 312.360.9315 (facsimile)
aziegler@gbc.law
jgaudio@gbc.law

*Counsel for Plaintiff Benefit Cosmetics LLC*

Subscribed and sworn to me by Amy C. Ziegler, on this 7th day of June 2019.

Given under by hand and notarial seal.

_____
Notary Public

State of Illinois
County of Cook

CAITLIN SCHLIE
Official Seal
Notary Public – State of Illinois
My Commission Expires Nov 20, 2021

2